# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEOGIA
# MACON DIVISION

| | | |
|---|---|---|
| **WILLIAM TERRAL,** | : | |
| **Plaintiff** | : | |
| v. | : | **5:07-CV-73 (WDO)** |
| **J. BARRY SELLERS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on Plaintiff Terral's motion to consolidate this case with another case filed in this Court regarding some of the same subject matter, 5:04-CV-389 (CAR). For the reasons more fully explained in the order in which Judge Royal denied the motion to join the plaintiff herein with the plaintiff in 5:04-CV-389, the motion to consolidate this case with 5:04-CV-389 is DENIED.

**SO ORDERED this 15th day of March, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**