# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEOGIA
# MACON DIVISION

| | | |
|---|---|---|
| **WILLIAM TERRAL,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-73 (WDO) |
| **J. BARRY SELLERS, et al.,** | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on the parties' joint request to stay this action until such time as the motion for summary judgment pending in the related case of French v. Sellers, 5:04-CV-389 (CAR) is ruled upon.  Because the parties contend that resolution of that summary judgment motion may have an important bearing on the parties' decision regarding how to move forward in this case, this case is STAYED until such time as the motion for summary judgment pending in French v. Sellers, 5:04-CV-389 (CAR) is ruled upon.  The parties are instructed to notify the Court no later than 10 days after that matter has been ruled upon and to notify the Court of how the parties intend to proceed in this case.


SO ORDERED this 15th day of March, 2007.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**