# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEOGIA
# MACON DIVISION

| | | |
|---|---|---|
| **WILLIAM TERRAL,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:07-CV-73 (WDO) |
| **J. BARRY SELLERS, et al.,** | : | |
| **Defendants** | : | |

# ORDER

This matter is before the Court on the parties' joint motion to lift the stay in this action and to grant Defendants an extension of time in which to file an answer or otherwise respond to the Complaint by no later than May 14, 2007. The stay is hereby lifted and Defendants shall file an answer or otherwise respond to the Complaint by no later than May 14, 2007.

**SO ORDERED this 5th day of April, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**